## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

**STEVE MARSH**                                   **CIVIL ACTION NO. 17-1539**

                                                  **SECTION P**
**VS.**

                                                  **JUDGE TERRY A. DOUGHTY**

**RICHLAND PARISH DETENTION**                     **MAG. JUDGE KAREN L. HAYES**
**CENTER, ET AL.**

### JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Steve Marsh's claims against Richland Parish Detention Center and "Medical Staff Richland Parish Detention Center," as well as Plaintiff's conditions of confinement claim, are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief can be granted.

MONROE, LOUISIANA, this 24th day of August, 2018.


_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE